IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary J. Brunclik and Biagina Brunclik, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Precise Corporate Staging, LLC; David Stern and Marla Stern, husband and wife,<br><br>Defendants. | No. CV-12-01548-PHX-NVW<br><br>**ORDER** |

Pursuant to the Stipulation (Doc. 42) of the parties and for good cause appearing,

IT IS ORDERED, ADJUDGED, AND DECREED dismissing this action with prejudice, each party to bear his or her own fees and costs.

Dated this 12th day of March, 2013.

_____
Neil V. Wake
United States District Judge